UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY FINLEY                                                                                    PLAINTIFF

v.                                          No. 3:22-cv-00145-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                          DEFENDANT

## ORDER

Plaintiff, Tammy Finley, seeks judicial review of the administrative denial of her claim for disability insurance benefits and supplemental security income. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. 13*. The Motion states that Finley's counsel has no objection to the requested reversal and remand. *Id. at 1*. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 13*, is GRANTED. The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 27th day of December, 2022.

                                                       *J. Thomas Ray*
                                    UNITED STATES MAGISTRATE JUDGE