UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY FINLEY                                                                                    PLAINTIFF

v.                                        No. 3:22-cv-00145-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                             DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Tammy Finley, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 27th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE