UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY FINLEY                                                          PLAINTIFF

V.                          Case No. 3:22-CV-00145-BBM

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                        DEFENDANT

## ORDER

Pending is Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. 16). Defendant partially objected (Doc. 20), challenging .20 hours (12 minutes) of attorney time and 3.45 hours of paralegal time requested. Plaintiff filed a Reply, explaining with particularity the billing for the requested fees. (Doc. 23).

The Court agrees with Defendant that Plaintiff's request for 0.1 attorney hours on September 13, 2022, for "received notification of briefing deadline from BCB," is not a reasonable request. The Court reduces Plaintiff's award by $23.70. After reviewing the record in its entirety, the Court finds that Plaintiff's remaining requests for fees and expenses are reasonable.[1] Accordingly, the Motion (Doc. 16) is GRANTED IN PART, and Plaintiff is entitled to attorney's fees and costs of $4,359.19.

---

[1] Defendant acknowledged that many of the tasks billed for by Plaintiff are compensable but requested that the time spent on those tasks be reduced. The explanations offered by Plaintiff in her reply satisfy the Court that the time billed is reasonable and compensable.

The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States.[2]

SO ORDERED, this 20th day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] *Astrue v. Ratliff*, 130 S. Ct. 2521, 2527-28 (2010).